## A14A1682. KELLEY v. THE STATE.
### (791 SE2d 625)

BOGGS, Judge.

In *State v. Kelley*, 298 Ga. 527 (783 SE2d 124) (2016), the Supreme Court of Georgia reversed our opinion in *Kelley v. State*, 331 Ga. App. 758 (771 SE2d 441) (2015). We therefore vacate our prior opinion and adopt the opinion of the Supreme Court of Georgia as our own.

*Judgment affirmed. Barnes, P. J., and Branch, J., concur.*

DECIDED SEPTEMBER 28, 2016.

*Franklin & Hubbard, Curtis L. Hubbard, Jr.; Barbee Law Firm, Todd E. Barbee*, for appellant.

*Paul L. Howard, Jr., District Attorney, Marc A. Mallon, Assistant District Attorney*, for appellee.